UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55187-004

UNITED STATES OF AMERICA )
Plaintiff ) Case Number: CR 00-4025-SNOW
)
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
DAIREL WORRELL )
Defendant

FILED FEB -7 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

*********************************************************
TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 2/4/00    7:30 am/(pm)

(2) Language Spoken: English

(3) Offense(s) Charged: Conspiracy to attempt to possess cocaine w/ intent to distribute

(4) U.S. Citizen [ ] Yes  [✓] No  [ ] Unknown

(5) Date of Birth: 3/14/70

(6) Type of Charging Document: (check one)
    [ ] Indictment  [✓] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern District of Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____  (9) Arresting Officer: _____

(10) Agency: _____  (11) Phone: _____

(12) Comments: _____