# COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: DAIREL WORRELL (J)      CASE NO: 00-4025-SNOW

AUSA: TERRY THOMPSON *[initials]*      ATTY: _____

AGENT: DEA      VIOL: CONSP PWID COCAINE

PROCEEDING I/A ON COMPLAINT      RECOMMENDED BOND PTD

BOND HEARING HELD - yes/no      COUNSEL APPOINTED _____

     BOND SET @

FILED by JBC FEB - 7 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:

1) To be cosigned by: _____

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to: _____

Deft advised of charges - sworn for apptmt of counsel - CJA Counsel to be appointed

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: _____

     PTD/BOND HRG: 2-10    10    LSS

     PRELIM/ARRAIGN: 2-17    11    BSS

     REMOVAL HRG: _____

     STATUS CONF: _____

Date: 2/7/00    Time 11:00    FTL/LSS TAPE #00-007    Begin: 1221    End: _____