COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: DAIREL WORRELL (J)        CASE NO: 00-4025-SNOW
AUSA: TERRY THOMPSON            ATTY: KATHLEEN GRILLI
AGENT:                          VIOL:
PROCEEDING PTD HEARING          RECOMMENDED BOND PTD
BOND HEARING HELD - yes/(no)    COUNSEL APPOINTED
    BOND SET @ 200,000 CSB W/Neb...

    SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to:

Gov't reserves the right to request PTD should deft seek to get or reduce the bond.

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

                          PTD/BOND HRG:

                          PRELIM/ARRAIGN:

                          REMOVAL HRG:

                          STATUS CONF:

Date: 2/10/00   Time 10:00   FTL/LSS TAPE #00- 008   Begin: 2633   End: 2769

