TJT hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6040-CR-ZLOCH

21 USC §846
21 USC § 841(a)(1)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DERRICK ANDERSON, | ) |
| RICHARDO JAMES, and | ) |
| DAIREL WORRELL, | ) |
| Defendants. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about February 3, 2000, through on or about February 4, 2000, in Broward County and elsewhere, in the Southern District of Florida, the defendants,

DERRICK ANDERSON,
RICHARDO JAMES, and
DAIREL WORRELL,

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.



## COUNT II

## FORFEITURE

Upon conviction of the foregoing offense, as alleged in Count I of the Indictment, the defendants,

DERRICK ANDERSON,<br>
RICHARDO JAMES, and<br>
DAIREL WORRELL,

shall forfeit to the United States any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of such violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of such violation, all in accordance with Title 21, United States Code, Section 853. Such forfeitures shall include but not be limited to fifty-eight thousand, two hundred and fifty dollars ($58,250) in United States currency.

A TRUE BILL:

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: <u>DERRICK ANDERSON</u>          No.:_____

Counts #I:
<u>Conspiracy to possess with intent to distribute "crack" cocaine; in violation of 21:846</u>

*Max Penalty:  <u>Ten (10) years' to life imprisonment; $4,000,000 fine.</u>

Count #

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: RICHARDO JAMES         No.:_____

Counts #I:
Conspiracy to possess with intent to distribute cocaine; in violation of 21:846

*Max Penalty:   Ten (10) years' to life imprisonment; $4,000,000 fine.

Count #

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:  DARRIEL WORRELL            No.:_____

Counts #I:
Conspiracy to possess with intent to distribute cocaine; in violation of 21:846

*Max Penalty:   Ten (10) years' to life imprisonment; $4,000,000 fine.

Count #

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA            CASE NO. _____

v.

DERRICK ANDERSON,                   **CERTIFICATE OF TRIAL ATTORNEY***
RICHARDO JAMES, and
DAIREL WORRELL

**Superseding Case Information**:

**Court Division**: (Select One)           New Defendant(s)        Yes ___   No ___
                                           Number of New Defendants ___
___ Miami    ___ Key West                  Total number of counts   ___
_X_ FTL      ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) _NO_
   List language and/or dialect  _English_

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days      _X_              Petty      ___
   II   6 to 10 days     ___              Minor      ___
   III  11 to 20 days    ___              Misdem.    ___
   IV   21 to 60 days    ___              Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) _Yes_
If yes:
Magistrate Case No.   _00-4025-LSS_
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _2/4/00 (ANDERSON, JAMES & WORRELL)_
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _ Yes _X_ No   If yes, was it pending in the Central Region? _ Yes _X_ No

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500063

*Penalty Sheet(s) attached                                      REV.4/7/99