

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6040-CR-Zloch

UNITED STATES OF AMERICA

vs

Dairel Worrell

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 2-17-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retain counsel of record will be noticed for trial by the District Court Judg assigned to this case. The following information is current as of this date

DEFENDANT:            Address: __IN CUSTODY_____

Telephone: _____

DEFENSE COUNSEL:     Name: __KATHLEEN COOPER GRILLI__

Address: _____

Telephone: _____

BOND SET/CONTINUED:  $__REMAINS IN CUSTODY_____

Bond hearing held: yes____ no____  Bond hearing set for_____

Dated this __17__ day of __February__, 20 __00__.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. __00-017__

cc: Clerk for Judge
    U. S. Attorney

22