COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

CASE NO: 00-6040-CR-Zloch
~~00-4025-Snow~~

DEFT: Dairel Worrell (J)#
      Terry Thompson /Behnke/
ATTNY: Kathleen Cooper Grilli
       cja   present

AUSA: _____

VIOL: _____

AGENT: _____

BOND REC: _____

PROCEEDING: ~~Prelim~~/Arraignment

COUNSEL APPOINTED: _____

BOND HEARING HELD - yes/no

___ BOND SET @ _____

FILED by ___ D.C.
FEB 17
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring _____

AUSA to call Carline re tapes

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: 3-3-00   11:00am   SNOW

STATUS CONFERENCE: _____

DATE: 2-17-00   TIME: 11:00am   TAPE # 00-017   PG # 7
818-945
27