UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 99-6040-CR-ZLOCH-FTL

vs.

DAIREL WORRELL,

    Defendant.
_____/

## COUNSEL'S MOTION FOR LEAVE TO WITHDRAW

Undersigned counsel of record for Defendant, DAIREL WORRELL, moves for leave to withdraw on the following grounds:

1. On February 7, 2000, Kathleen Cooper Grilli was appointed to represent Dairel Worrell, by Magistrate Judge Lurana Snow.

2. On February 17, 2000 counsel attended the Defendant's arraignment.

3. Thereafter, Defendant's family hired Kenneth Hassett, Esq. to represent Mr. Worrell. Mr. Hassett entered a notice of permanent appearance on behalf of the Defendant on February 29, 2000.

4. Based upon the foregoing, it appears that the court appointed counsel is no longer needed in this matter.

WHEREFORE, undersigned counsel respectfully requests this Court to enter an order discharging counsel from any further responsibility in this action and directing that all further pleadings and other matters in this case be served upon Defendant's new counsel.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this __1__ day of March, 2000 to Terrence Thompson, Esq., United States Attorney's

Office, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33394-3002 and

Kenneth Hassett, Esq., 201 Sevilla Avenue, Suite 202, Coral Gables, FL 33134.

                          Grilli & Corvato
                          2455 Hollywood Boulevard
                          Hollywood, FL 33020
                          Tel: (954) 453-1177
                          Fax: (954) 929-9513

                          _____
                          Kathleen Cooper Grilli
                          Florida Bar No 727199