UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 99-6040-CR-ZLOCH

DAIREL WORRELL,

    Defendant.
_____/

### ORDER ON COUNSEL'S MOTION FOR LEAVE TO WITHDRAW

THIS CAUSE having come before the Court upon court appointed counsel's Motion for Leave to Withdraw as Counsel of Record, the Court having reviewed the file and being otherwise fully advised as to its premises, it is hereby

ORDERED that court appointed counsel's Motion for Leave to Withdraw as Counsel is hereby granted. Kathleen Cooper Grilli is relieved of any further obligations to represent Defendant, DAIREL WORRELL, in this cause. The parties are directed to send all further pleadings, correspondence and other matters relating to this case to Kenneth Hassett, Esq., 201 Sevilla Avenue, Suite 202, Coral Gables, FL 33134.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida, this 3rd day of March, 2000.

~~WILLIAM ZLOCH~~
United States ~~District~~ Magistrate Judge

Copies furnished:
United States Attorney's Office
Kathleen Cooper Grilli, Esquire
Kenneth Hassett, Esquire