UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,          CASE NO. 00-6040-CR-ZLOCH

    Plaintiff,

vs.

DERRICK ANDERSON,

    Defendant.
_____/

### JOINT MOTION AUTHORIZING MEETING WITH PRIVATE COUNSEL

**Defendant, DERRICK ANDERSON,** respectfully moves this Honorable Court for an agreed order authorizing TED CRESPI, ESQ., to meet with the Defendant, DERRICK ANDERSON, at the Metro-Dade Detention Center, and in support thereof would show:

1. Counsel has been requested by the Defendant's family to represent the Defendant.

2. This Honorable Court has appointed Special Public Defender Gary Kollin to represent the Defendant, DERRICK ANDERSON. An order was entered prohibiting private counsel from meeting with the Defendant without a notice of appearance filed.

3. Counsel has conferred with Assistant U.S. Attorney Terrence Thompson and Special Public Defender Gary Kollin, who have no objection to counsel meeting with the Defendant to discuss the case and conditions of representation.

4. The parties conferred with Your Honor by telephone conference and this was stipulated and agreed to.

**WHEREFORE**, Defendant, **DERRICK ANDERSON**, respectfully moves this Honorable Court to enter an agreed order authorizing him to visit with the Defendant, DERRICK ANDERSON, at the Federal Detention Center for purposes of determining representation.

## 10-G CERTIFICATION

This motion is agreed to by Assistant U.S. Attorney Terrence Thompson and Special Public Defender Gary Kollin.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered this ____ day of February, 2000, to TERRENCE J. THOMPSON, Assistant U.S. Attorney, UNITED STATES ATTORNEY'S OFFICE, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33301; and GARY KOLLIN, ESQUIRE, 8211 West Broward Boulevard, Suite 420, Fort Lauderdale, Florida 33324.

TED CRESPI, P.A.
Prudential Plaza, Suite 218
1776 North Pine Island Road
Plantation, Florida 33322
Tele: (954) 475-7111
Fax: (954) 475-7211

By: _____
TED CRESPI, ESQUIRE
Florida Bar No. 437689