**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

UNITED STATE OF FLORIDA

    Plaintiff

v.

DARIEL WORRELL,

    Defendant.
_____/

CASE NO.: 00-6040-CR-ZLOCH



## NOTICE OF PERMANENT APPEARANCE OF COUNSEL

**COMES NOW**, Kenneth P. Hassett, and files this Notice of Permanent Appearance as counsel for the Defendant, Dariel Worrell.

Please direct all further correspondence, notices, and service of pleadings as set forth below

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was mailed/hand delivered to AUSA, Terrance Thompson, the Office of the United States Attorney, 500 E. Broward Boulevard, 7th Floor, Ft. Lauderdale, Florida 33394-3002, on this 29 day of February, 2000.

Respectfully submitted,

HASSETT & ASSOCIATES, P.A.
201 Sevilla Avenue
Suite #202
Coral Gables, Florida 33134
(305) 567-9444

By: _____
Kenneth P. Hassett, Esq.
Florida Bar No.: 910627

39