UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                     CASE NO.: 00-6040-CR-ZLOCH

vs.

DARIEL WORRELL,

    Defendants.
_____/

### DEFENDANT'S MOTION FOR EXTENSION
### OF TIME TO FILE MOTIONS

Defendant, **Dariel Worrell**, by and through the undersigned counsel, respectfully moves this Honorable Court for an extension of time to file motions, and in support thereof would show:

1. Counsel was provided with four (4) tapes at the time of the status conference. Unfortunately, all four (4) tapes were of the same conversation. The Government inadvertently gave the tapes to each attorney, rather than four (4) separate tapes. The correct tapes were received on March 21, 2000 with the appropriate transcripts.
2. Assistant U.S. Attorney, Terrence Thomas, has indicated that he does not have an objection to the Defendant's request for an extension of time.
3. A similar motion for the Co-Defendant, Derrick Anderson, was granted on March 21, 2000, extending the time period for motions until April 7, 2000.

**Wherefore**, Defendant, **Dariel Worrell**, respectfully moves this Honorable Court for an Order extending time to file motions through and including April 7, 2000.

### Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this _____ day of March, 2000, to the UNITED STATES ATTORNEY'S OFFICE, Terrence

Thompson, AUSA, 299 East Broward Boulevard, Fort Lauderdale, Florida; and TED CRESPI, ESQ., Attorney for Defendant Derrick Anderson, 1776 North Pine Island Road, Suite 218, Plantation, Florida 33322; and ALVIN ENTIN, ESQ., Attorney for Defendant Richardo James, 200 East Broward Boulevard, Suite 1210, Fort Lauderdale, Florida 33301.

        HASSETT & ASSOCIATES, P.A.

        Attorney for Defendant
        201 Sevilla Avenue
        Suite #202
        Coral Gables, Florida 33134
        Tel: (305) 567-9444
        Fax: (305) 567-0389

By: _/s/ Ken Hassett_
        Kenneth P. Hassett, Esq.
        Florida Bar No.: 910627