UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    CASE NO.: 00-6040-CR-ZLOCH

DARIEL WORRELL,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTIONS

**THIS CAUSE** having come before the Court on the Defendant's Motion for Extension of Time to File Motions, and the Court being fully advised in the premises, it is hereby

**ORDERED** and **ADJUDGED** that the Defendant's Motion for Extension of Time to file Motions is Granted. The Defendant's time to file motions will be extended to 9:00 a.m. April 7, 2000, the time and date of the calendar call in this cause.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of April, 2000.

_____
U.S. Magistrate Judge

**Copies furnished to:**

Terrence Thompson, Assistant U.S. Attorney
Ted Crespi, Esquire
Alvin Entin, Esquire
Kenneth Hassett, Esquire