UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.       CASE NO.: 00-6040-CR-ZLOCH

DARIEL WORRELL,

    Defendants.
_____/

## NOTICE OF DEFENSE COUNSEL'S VACATION

Please take notice that the undersigned attorney for the Defendant, Dariel Worrel, will be on vacation out of the country from May 1, 2000, to May 16, 2000.

Please do not schedule any hearings or other matters on these days. If you have scheduled any matters for any of these days, please reset same. Professionalism amongst attorneys dictates counsel to attempt to determine compatible dates with opposing counsel before scheduling motions, meetings.

Your courtesy in this matter is greatly appreciated.

### Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 24 day of March, 2000, to the UNITED STATES ATTORNEY'S OFFICE, Terrence Thompson, AUSA, 299 East Broward Boulevard, Fort Lauderdale, Florida; and TED CRESPI, ESQ., Attorney for Defendant Derrick Anderson, 1776 North Pine Island Road, Suite 218, Plantation, Florida 33322; and ALVIN ENTIN, ESQ., Attorney for Defendant Richardo James, 200 East Broward Boulevard, Suite 1210, Fort Lauderdale, Florida 33301.

    HASSETT & ASSOCIATES, P.A.
    Attorney for Defendant
    201 Sevilla Avenue
    Suite #202
    Coral Gables, Florida 33134
    Tel: (305) 567-9444
    Fax: (305) 567-0389

By: _____
    Kenneth P. Hassett, Esq.
    Florida Bar No.: 910627