UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

APR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6040-CR-Zloch    DATE: 4-17-00
CLERK: Carlyne Newby    REPORTER: Carl Schanzleh
PROBATION:    INTERPRETER:

UNITED STATES OF AMERICA v. Daniel Worrell

U.S. ATTORNEY: Kathleen Rice    DEFT COUNSEL: Kenneth Hassett
For Terry Thompson

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING: Change of Plea to Count 1

RESULT OF HEARING: Deft entered a plea of guilty to Count 1

JUDGMENT:

CASE CONTINUED TO: 7-7-00   TIME: 11:00   FOR: Sentencing

MISC: Written Plea Agreement

66