UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6040-Cr-Zloch DATE 7-7-00
CLERK Carline Neiley   REPORTER Carl Schanzleh
PROBATION Georg Ann Stanley   INTERPRETER

UNITED STATES OF AMERICA v. Dairel Warrell

U. S. ATTORNEY Lynn Rosenthal   DEFT COUNSEL Kenneth Hassett
for Thompson

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct 1 – 46 months custody of BOP – 3 yrs supervised Release – $100 assessment. To be surrendered for deportation proceedings. NOT Reenter US w/o prior express permission.
JUDGMENT of A.C. – New Reporting if departed – Participate in drug/alcohol treatment Program – Ct Recommends facility in State of New York capable

CASE CONTINUED TO _____ TIME _____ FOR of Treating deft's substance problem.

MISC

82