DEFENDANT      DAIREL WORRELL
CASE NUMBER    00-6040-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for
a total term of      46 months.

[x]  The court makes the following recommendations to the Bureau of Prisons:
     a facility in New York capable of treating defendant's substance
     abuse problems.

[x]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district:

     [ ]  at _____ a.m./p.m. on _____

     [ ]  as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     [ ]  before 2 p.m. on _____

     [ ]  as notified by the United States Marshal.

     [ ]  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on ____8-22-00____ to ____FCI Fort Dix____

at ____Fort Dix, NJ____ with a certified copy of this judgment.

for  Nancy Bialey, Warden
                                              UNITED STATES MARSHAL

                                    By ____S. Kall, LTE____
                                              Deputy U.S. Marshal

93