| PROB 22<br>Rev.2/88 | | DOCKET NUMBER(Tran.Ct)<br>00-6040-CR-Zloch |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER(Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Dairel Worrell<br>6 Palm Court<br>Brooklyn, NY | DISTRICT<br>Southern Florida | DIVISION<br>Fort Lauderdale |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>William J. Zloch | ROSS, J.<br>GO, M.J. |
| SD/FL PACTS No. 62709 | DATES OF PROBATION<br>SUPERVISED RELEASE | FROM<br>8/21/2003 | TO<br>8/20/2006 |

OFFENSE: Conspiracy to Possess With Intent to Distribute Cocaine

**CR 05 423**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Eastern District of New York</u> upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/27/05
Date                                                                                           United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>Eastern</u> DISTRICT OF <u>New York</u>

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/25/05
Effective Date                                                                                 United States District Judge

A TRUE COPY ATTEST
DATE 5/26 20 05
ROBERT C. HEINEMANN
BY Jackson    CLERK
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
Clerk
JAMES GIOKAS
Chief Deputy

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

May 26, 2005

Clerk of Court
USDC- Southern District of Florida
301 North Miami Avenue Room 150
Miami, Fl 33128

RE: Worrell Dairel
TRANSFER OF JURISDICTION

Dear Sir:

Enclosed please find a certified copy of Probation Form 22, Transfer of Jurisdiction, signed in Part Two on 5/25/05, by the Honorable Allyne R. Ross, accepting jurisdiction of probationer from your district.

Please forward a copy of the judgment, docket sheet, and indictment to complete this transfer. Thank you for your time and courtesy.

Very truly yours,

Sandra Jackson
Docket Clerk
(718) 260-4581

Enc.