UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



June 10, 2005

United States District Court
Eastern District of New York
225 Cadman Plaza East

Brooklyn, New York 11722-4438

RE: *USA -V-Dairel Worrell*
    Case No. 00-6040-CR-ZLOCH

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

- (1) original form PROB 22 Transfer of Jurisdiction
- (1) certified copy of the Indictment/Information
- (1) certified copy of the J&C
- (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: *Aaron Tijerino*
Aaron Tijerino
Deputy Clerk

Encl.

---

☐301 N. Miami Avenue    ☐299 E. Broward Boulevard    ☐701 Clematis Street    ☐301 Simonton Street    ☐300 S. Sixth Street
Room 150                 Room 108                      Room 402                Room 130                 Ft. Pierce, FL 34950
Miami, FL 33128          Ft. Lauderdale, FL 33301      W. Palm Beach, FL 33401 Key West, FL 33040       772-595-9691
305-523-5100             954-769-5400                  561-803-3400            305-295-8100